UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR RUIZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALVIN KACIN, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 3:23-CV-00296-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 9) |

　　　Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No. 9[1]) entered on October 20, 2023, recommending that the Court grant Ruiz's application to proceed *in forma pauperis* (ECF No. 8), deny as moot his first Application to Proceed *in forma pauperis* (ECF No. 6), file his complaint (ECF No. 1-1), and dismiss with prejudice this action for failure to state a claim.  No objection to the Report and Recommendation has been filed.

　　　This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 9) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that the Application to Proceed *in forma pauperis* (ECF No. 8) is **GRANTED** and the first Application to Proceed *in forma pauperis* (ECF No. 6) is **DENIED AS MOOT**.  Plaintiff is not required to pay an initial partial filing fee; however, whenever his prison account exceeds $10, he is required to make monthly payments in the amount of 20 percent of the preceding month's income credited to his account until the full $350 filing fee is paid. This is required even if the action is dismissed, or is otherwise unsuccessful. The Clerk of the Court is directed to **SEND** a copy of this order adopting and accepting the Report and Recommendation to the attention of **Chief of Inmate Services for the Elko County Jail,** 775 West Silver Street, Elko NV 89801.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE** for failure to sate a claim.

**IT IS SO ORDERED**.

Dated:  November 8, 2023.

ROBERT C. JONES
United States District Judge