Victor Ruiz 104118
Elko County Jail
P.O. Box 2028
Elko NV 89803-2028

Case 3:23-cv-00296-RCJ-CSD   Document 11   Filed 11/08/23   Page 1 of 9

__Filed __Received __Entered __Served On
Counsel/Parties of Record

JUN 2 0 2023

Clerk US District Court
District of Nevada
By:_____ Deputy

Dear Clerk of U.S. District Court,

3:23-cv-00296

greetings

I Victor Ruiz is respectfully submitting another 2 lawsuits. I swore I told the truth nothing but the truth so help me god! my apologies respectfully for any inconvenices or discrepancies these are true to the best of knowledge once again like I said I'm inexperienced, in preparing legal documents I'm a first time filer so I hope these are filled out correctly and accurate so you can understand them.

Thank you

Respectfully Submitted

Victor Ruiz

Victor Ruiz 19648
Name and Inmate Booking Number

ELKO County Jail
Place of Confinement

P.O. Box 2028
Mailing Address

ELKO, NV, 89801
City, State, Zip Code

Filed
JUN 2 0 2023
Clerk US District Court
District of Nevada
By: _____ Deputy

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Victor Ruiz,
Plaintiff

vs.

(1) Judges Alvin Kacin,
(2) Soderquist,
(3) Attorneys Diana Hillenvvacrt
(4) Spencer Judd,
(5) N/A
Defendant(s).

Case No. 3:23-cv-00296
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT BY AN INMATE**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☐ Jury Trial Demanded

## A.    JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
   ☐ Other: _____

2) Institution/city where Plaintiff currently resides: ELKO County Jail

3) Institution/city where violation(s) occurred: ELKO, NV, Elko County Jail

## B. DEFENDANTS

1. Name of first Defendant: __Alvin Kacin__. The first Defendant is employed as: __Elko District Judge__ at __Elko county courthouse__
   (Position of Title) (Institution)

2. Name of second Defendant: __Soderquist__. The second Defendant is employed as: __Elko Justice court judge__ at __Elko county courthouse__
   (Position of Title) (Institution)

3. Name of third Defendant: __Diana Hillenwaert__. The third Defendant is employed as: __Diana Hillenwaert law firm__ at __Diana Hillenwaert Law Firm__
   (Position of Title) (Institution)

4. Name of fourth Defendant: __Spencer Judd__. The fourth Defendant is employed as: __court appointed attorney__ at __Elko county public Defenders office__
   (Position of Title) (Institution)

5. Name of fifth Defendant: __N/A__. The fifth Defendant is employed as: __N/A__ at __N/A__
   (Position of Title) (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. NATURE OF THE CASE

Briefly state the background of your case.

Jan 2, 2023. a felony grand larceny it was dropped to a misdeameanor, the when I went to my first appearance court proceeding the court deal was off. After I insulted the judge back after being insulted by him after trying to plea my case he wouldn't listen to me, to let use my Due process rights. a right to a speedy trial and so on. when it is free to argue as they say.

2

### D.     CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: <u>Due process</u> <u>6th Amendment, 14th amendment, All rights</u>

2. **Claim 1.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   - ☐ Basic necessities
   - ☐ Medical care
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Access to the court
   - ☐ Excessive force by officer
   - ☐ Retaliation
   - ☐ Threat to safety
   - ☒ Other: <u>Attorney Diana Hillenwaert</u>

3. **Date(s) or date range** of when the violation occurred: <u>May 22, 2023</u>.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

During pretrial services, when pending dispositions Diana Hillenwaert who was my court appointed attorney stated to me that she lost her last 14 clients to fetanol overdoses, which my feeling was havent been well performing well when she was appointed my case, her and Spencer Judd believe to have health issues which is not business but it concern with me when I told them to withdrawal from attornys, being told that by a paid Attorney not only effect, also the Health of one I believe this to be ineffective assistance of counsel during court proceedings while pending dispositions of court appearances. Was constantly complaining about how old and crippled she was and she and like Spencer Judd stated they do what they can for there clients.

3

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: 8th Amendment 14th amendments, all rights.

2. **Claim 2.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities    ☐ Medical care    ☐ Mail

   ☐ Disciplinary proceedings    ☐ Exercise of religion    ☐ Property

   ☐ Access to the court    ☐ Excessive force by officer    ☐ Retaliation

   ☐ Threat to safety    ☒ Other: Attorney Spencer Judd

3. **Date(s) or date range** of when the violation occurred: Jan 2, 2023 - June 13, 2023

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

Ex attorney Spencer Judd also had his problems none of business that is he was getting back surgery to the Best I can remember it was March 8 2023. I became concern for his health issues, I Ask him Spencer Judd respectfully to withdrawal from Attorney so he can take time off to heal. I guess not he went to work next day after surgery. which he too complain about being old and crippled too I find this to be ineffective assistance of counsel due to his health issues, possibly prior to his surgery reports say was on pain medication as well and says he can do what can too for his clients. He became angry when I asked him to withdrawal as my attorney.

4

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: **8th Amendment /14th Amendment all rights.**

2. **Claim 3.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☑ Basic necessities ☐ Medical care ☐ Mail
   ☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property
   ☑ Access to the court ☐ Excessive force by officer ☐ Retaliation
   ☐ Threat to safety ☑ Other: **Judges Soderquist/Alvin Kacin**

3. **Date(s) or date range** of when the violation occurred: **Jan 2, 2023 / June 13, 2023**

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   During free to argue I was being seen by Judge Soderquist about the accusation of the charge. I Victor Ruiz tried to plea my case so I could get a Bail reduction so when doing so, I asked for speedy Trial and was rejected by Soderquist I find that to be disrespectful so I INSulted him in my defense. Next at arraignment the DA office and Micheal Shurts change my plea without my knowledge and consent. They change the misdeameanor to a felony theft. Then when sentencing Al Kacin the district Judge I believe to have retaliation against me for insulting Soderquist I told him I will discuss these matters with a Civil Rights Attorney therefore I was sentenced to 270 days in the Elko county Jail he didn't count credit

   If you assert more than three claims, answer the questions listed above for each additional claim on a separate page. **for time served about 130 days from January 2, 2023, to May 22, 2023.**

   5

## E. Previous Lawsuits

1) Have you filed any other lawsuits while incarcerated? ☒ Yes ☐ No

2) Has this court or any other court designated you as subject to (three strikes) under 28 U.S.C § 1915(g)? ☐ Yes ☒ No

3) If you have three strikes under 28 U.S.C § 1915(g) does this complaint demonstrate that you are under imminent danger of serious physical injury? ☐ Yes ☒ No

## F. Request for Relief

I believe I am entitled to the following relief

I believe this to be fair and appropriate 2.5 million for punitive damages and 2.5 million for compensatory damages, and released from custody time served.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of that the foregoing is True and correct See 28 U.S.C § 1746 and 18 U.S.C § 1621

_____N/A_____  
Name of person who prepared or helped prepare this complaint if not the plaintiff

_____[signature]_____  
(Signature of plaintiff)

_____June 13, 2023_____  
(date)

## Additional Pages

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

(6E)

Victor Ruiz 19648
Elko County Jail
P.O. Box 2038
Elko, NV, 89803-2038

Clerk, U.S. District Court
District of Nevada
400 South Virginia St, room 301
Reno, NV, 89501

```
Filed ___ Received ___ Entered ___ Served on
         Counsel/Parties of Record

         JUN 2 0 2023

      Clerk US District Court
        District of Nevada
By:_____  Deputy
```

SALT LAKE CITY UT 840
UNITED STATES POSTAGE
$000.840
JUN 15 2023
MAILED FROM ZIP CODE 89801
PITNEY BOWES

89501-219575